# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 30, 2007

133906

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 133906
                                      COA: 267518
                                      Branch CC: 04-118174-FH
                                                    04-118176-FH

JOSEPH GLEN FRAZIER,
         Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the April 24, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 30, 2007 _____         _____

l0723                                                      Clerk